OFFICE OF THE
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, Washington 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: )
    SIDERIUS, CAROLINE MARY )   Case No. 11-00589-PCW13
    )
    Debtors. )   OBJECTION TO CLAIM OF EXEMPTION
    )   AND NOTICE THEREOF

    DANIEL H. BRUNNER, Trustee in the above entitled proceeding, objects to the claim of exemptions filed by the debtor on 2/10/11. The basis of this objection is as follows:

    The Debtor is claiming Federal exemptions under 11 U.S.C. 522(d)(5) for a total amount of 501,000.00.

    RELIEF SOUGHT: Disallowance of the Debtor's claim of Federal exemptions under 11 U.S.C. 522(d)(5) for an amount which exceeds 11,975.00.

    NOTICE IS GIVEN that, unless a response to this objection and request for hearing is filed with the U.S. Bankruptcy Court for the Eastern District of Washington, Third Floor, U.S. Post Office Bldg., Spokane, WA 99210, and served upon the undersigned no later than 21 plus 3 days from the date of this Objection to Claim of Exemption and Notice Thereof, the relief sought will be entered ex parte without further notice.

DATED: 3-10-11           DANIEL H. BRUNNER, Chapter 13 Trustee

                                  By: *Patty Brown*